*This case was not selected for publication in the Federal Reporter*

**UNITED STATES of America, Appellee,**

v.

**Terry CROSS, Appellant.**

**No. 05–2424.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 30, 2006.

Filed: Dec. 14, 2006.

Kimberly Robyn Weber Dean, U.S. Attorney's Office, argued, Springfield, MO, for Appellee.

Terry Douglas Cross, argued, Yazoo City, MS, pro se.

Dee Wampler, Law Offices of Dee Wampler, argued, Springfield, MO, for Appellant.

Before SMITH, MAGILL and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Terry Cross appeals the sentence the district court [1] imposed after he pleaded guilty to possessing methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A), and being a felon and unlawful drug user in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), (3), and 924(a)(2). His counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Cross's plea agreement contains a valid appeal waiver. *See United States v. Andis,* 333 F.3d 886, 889–92 (8th Cir.2003) (en banc) (discussing enforceability of appeal waiver); *see also United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th Cir. 2000) (per curiam) (enforcing appeal waiver in *Anders* case). Having reviewed the record independently pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivo-

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

lous issues not covered by the appeal waiver.

Accordingly, we enforce the waiver and dismiss the appeal. We also grant counsel leave to withdraw.